**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Karen Caston-Palmer, individually and on behalf of a class, Plaintiff, v. NCO Portfolio Management, Inc., Defendants. | **FILED: MAY 15, 2008**<br>**08CV2818         AEE**<br>**JUDGE KENNELLY**<br>**MAGISTRATE JUDGE VALDEZ** |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Karen Caston-Palmer

| NAME (Type or print) |
|---|
| Cathleen M. Combs |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Cathleen M. Combs |

| FIRM |
|---|
| Edelman, Combs, Latturner & Goodwin, LLC |

| STREET ADDRESS |
|---|
| 120 S. LaSalle Street, Suite 1800 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 00472840 | 312-739-4200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐