# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Karen Caston-Palmer, individually and on behalf of a class, Plaintiff,
v.
NCO Portfolio Management, Inc.,
Defendants.

Case Number:

**FILED: MAY 15, 2008**
**08CV2818                AEE**
**JUDGE KENNELLY**
**MAGISTRATE JUDGE VALDEZ**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Karen Caston-Palmer

| | |
|---|---|
| NAME (Type or print)<br>Thomas E. Soule | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas E. Soule | |
| FIRM<br>Edelman, Combs, Latturner & Goodwin LLC | |
| STREET ADDRESS<br>120 S. LaSalle St., 18th Floor | |
| CITY/STATE/ZIP<br>Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282139 | TELEPHONE  NUMBER<br>312.739.4200 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐