### *United States District Court for the Northern District of Illinois*

Case Number: 08CV2818                Assigned/Issued  By:

Judge Name:  KENNELLY                Designated Magistrate Judge: VALDEZ

---

### FEE INFORMATION

***Amount Due:***   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____        Receipt #: _____

Date Payment Rec'd: _____        Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____

☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

_____Original and _____ copies on _____ as to _____
                                                (Date)

_____

_____