IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, | ) | |
| also known as KAREN CASTON, | ) | |
| individually and on behalf of the class | ) | |
| defined herein, | ) | |
| | ) | 1 : 08 CV 2818 |
| Plaintiff, | ) | Judge Kennelly |
| | ) | Magistrate Judge Valdez |
| vs. | ) | |
| | ) | |
| NCO PORTFOLIO MANAGEMENT, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**AMENDED NOTICE OF MOTION**[1]

**TO**:   Please see Certificate of Service.

    **PLEASE TAKE NOTICE** that on June 18, 2008 at 9:30 am, we shall appear before the Honorable Matthew F. Kennelly in Room 2103 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**, a copy of which has been filed electronically and is hereby served upon you.

                                    Respectfully submitted,


                                      s/Thomas E. Soule
                                      Thomas E. Soule


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

---

[1] Service by personal delivery was attempted on June 2, 2008, but the office of the registered agent was closed upon arrival.

## **CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that on June 3, 2008 a copy of the attached documents were filed electronically with the Court, and that a copy was sent via hand delivery to the following persons on the same date along with those documents filed in the same case on June 2, 2008:

NCO Portfolio Management, Inc.
c/o Registered Agent CT Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

s/Thomas E. Soule
Thomas E. Soule