IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, <br> also known as KAREN CASTON, <br> individually and on behalf of the class <br> defined herein, <br><br> Plaintiff, <br><br> vs. <br><br> NCO PORTFOLIO MANAGEMENT, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | 1 : 08 CV 2818 <br> Judge Kennelly <br> Magistrate Judge Valdez |

**STIPULATION REGARDING MOTION FOR CLASS CERTIFICATION**

On June 2, 2008, plaintiff filed a motion for class certification, and a supporting memorandum of law. (Docket Nos. 10 & 11.) Plaintiff filed this motion because some Courts have found that a Fed.R.Civ.P. 68 offer of judgment to a putative class representative, made prior to the filing of a class certification motion, would moot any claim that a class of similarly situated persons can be certified. See *White v. Humana Health Plan, Inc.*, 2007 U.S. Dist. LEXIS 32263 (N.D.Ill. May 2, 2007). Plaintiff does not concede that a Rule 68 offer has this effect, but filed the motion out of caution.

After a conference between counsel, the parties now hereby stipulate as follows:

1. The motion for class certification should be withdrawn, without prejudice.

2. Defendant agrees to make no attempt to moot plaintiff's claim that a class should be certified in this case, whether through a Fed.R.Civ.P. 68 offer of judgment or otherwise.

3. Plaintiff may re-file a motion for class certification after the parties have taken

discovery.  With respect to that motion, both plaintiff and defendant reserve the right to assert any facts, and make any good-faith arguments, regarding the motion's merits.

    SO STIPULATED on this day, June 16, 2008.

| *For plaintiff* | *For defendant* |
|---|---|
| /s/ Thomas E. Soule | /s/ James K. Schultz |
| Daniel A. Edelman | James K. Schultz |
| Thomas E. Soule | SESSIONS, FISHMAN, NATHAN & ISRAEL |
| EDELMAN, COMBS, LATTURNER & GOODWIN, LLC | 1000 Skokie Blvd, Suite 430 |
| 120 South LaSalle Street, 18th Floor | Wilmette, IL  60091 |
| Chicago, Illinois  60603 | (847) 853-6100 |
| (312) 739-4200 | (847) 853-6105 (FAX) |
| (312) 419-0379 (FAX) | jschultz@sessions-law.biz |
| courtecl@edcombs.com | |

## CERTIFICATE OF SERVICE

    I, Thomas E. Soule, hereby certify that the preceding was filed electronically, and served upon David Israel (disrael@sessions-law.biz, dblack@sessions-law.biz, dorellana@sessions-law.biz) and James Schultz (jschultz@sessions-law.biz) by operation of the Court's electronic filing system, on June 16, 2008.

                                          /s/ Thomas E. Soule
                                          Thomas E. Soule