# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2818 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Caston-Palmer vs. NCO Portfolio Mgmt., Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for class certification is [# 10] withdrawn without prejudice pursuant to the stipulation of the parties filed on 6/16/08. The motion hearing date of 6/18/08 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|