# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2818 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Karen Caston-Palmer vs. NCO Portfolio Management, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for class certification will not be called for hearing on June 18, 2008 in light of the parties' stipulation regarding the motion.

| | Courtroom Deputy Initials: | DS |
|---|---|---|