IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the class,<br><br>Plaintiff,<br><br>-vs-<br><br>NCO PORTFOLIO MANAGEMENT, INC.,<br><br>Defendant. | Judge Kennelly<br><br>Case No.:   08 C 2818<br><br>Magistrate Judge Valdez |

**DEFENDANT NCO PORTFOLIO MANAGEMENT INC.'S FEDERAL RULE 7.1(a) CORPORATE DISCLOSURE STATEMENT AND LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES**

NOW COMES the defendant, NCO Portfolio Management, Inc. (NCO), through undersigned counsel, and pursuant to Rule 7.1(a) and (b) of the Federal Rules of Civil Procedure and Local Rule 3.2, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. NCO Portfolio Management, Inc., a Pennsylvania corporation, and NCO Holdings, Inc., a Delaware corporation, are wholly owned by JDR Holdings, Inc., also a Delaware corporation. JDR Holdings, Inc. is wholly owned by Compass International Services Corporation, a Delaware corporation. All of the above-mentioned corporations

- 2 -

are wholly owned by NCO Group, Inc. NCO Group, Inc. is a privately held corporation incorporated in Delaware. Various corporate affiliates of Citigroup Inc. own approximately 7% of NCO Group, Inc. stock. One Equity Partners and its corporate affiliates, which are affiliates of JP Morgan Chase & Co., own approximately 88% of NCO Group, Inc. stock.

Respectfully submitted,

/s/ James K. Schultz
Attorney for Defendant NCO


David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail:    disrael@sessions-law.biz

James K. Schultz
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
1000 Skokie Boulevard, Suite 430
Wilmette, IL 60091
Telephone: (847) 853-6100
Facsimile: (847) 853-6105
E-Mail:    jschultz@sessions-law.biz

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of July, 2008, a copy of the foregoing **Defendant's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ James K. Schultz
Attorney for Defendant NCO