## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2818 | **DATE** | 7/15/2008 |
| **CASE TITLE** | Caston-Palmer vs. NCO Portfolio | | |

**DOCKET ENTRY TEXT**

Status hearing pursuant to Rule 16(b) held. Rule 26(a)(1) disclosures are to be served by 7/25/08. Deadline for amending pleadings and adding parties is 11/14/08. Fact discovery ordered closed 1/9/09. Rule 26(a)(2) disclosures are due by 1/31/09 for plaintiff and 2/26/09 for defendant. Expert discovery ordered closed 3/21/09. Defendant's summary judgment motion is to be filed by 8/12/2008. Status hearing continued to 8/19/08 at 9:30 AM.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | OR |
|---|---|---|