**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| KAREN CASTON-PALMER, ) <br> also known as KAREN CASTON, ) <br> individually and on behalf of the class ) <br> defined herein, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> NCO PORTFOLIO MANAGEMENT, INC., ) <br> ) <br> Defendant. ) | 1 : 08 CV 2818 <br> Judge Kennelly <br> Magistrate Judge Valdez |

**NOTICE OF MOTION**

**TO**:   Please see Certificate of Service.

      **PLEASE TAKE NOTICE** that on August 19, 2008 at 9:30 am, we shall appear before the Honorable Matthew F. Kennelly in Room 2103 of the Everett McKinley Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL 60604 (or another Judge sitting in his stead) and there present **PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**, a copy of which has been filed electronically and is hereby served upon you.

      Respectfully submitted,


      s/Thomas E. Soule
      Thomas E. Soule


Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

        I, Thomas E. Soule, hereby certify that on August 12, 2008 a copy of the attached documents were filed electronically with the Court, and that a copy was sent via electronic mail to the following parties:

David Israel
Sessions, Fishman, Nathan, & Israel, LLP
disrael@sessions-law.biz

James Schultz
Sessions, Fishman, Nathan, & Israel, LLP
jschultz@sessions-law.biz

                                              s/Thomas E. Soule
                                              Thomas E. Soule