IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the defined class, | )<br>)<br>) |
| Plaintiff, | ) Judge Kennelly |
| -vs- | ) Case No.: 08 C 2818 |
| NCO PORTFOLIO MANAGEMENT, INC., | ) Magistrate Judge Valdez |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant NCO Portfolio Management, Inc. (NCO), through counsel and pursuant to Federal Rule of Civil Procedure 56, hereby moves this Honorable Court for entry of summary judgment in its favor. In support thereof, NCO states as follows:

1. Plaintiff filed a 3-count action alleging violations of the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. § 1692, *et seq.*, the Illinois Collection Agency Act (ICAA), 225 ILCS 425/1, *et seq.*, and the Illinois Consumer Fraud Act (ICFA), 815 ILCS 505/2. In essence, each of Plaintiff's claims assert that the respective statute was violated because NCO engaged in a pattern of "filing collection actions on purported debts to which it did not have lawful title." *See Plaintiff's Complaint,* ¶ *1, a copy of which is attached to Defendant's Memorandum of Law as Exhibit A.*

- 2 -

2.Each of Plaintiff's claims fail as a matter of law because NCO did have lawful title with all of the attendant rights to collect the debt. Moreover, NCO's collection activities were not otherwise deceptive, misleading, false or unfair.

3.Further, § 8b of the ICAA does not apply to NCO, as alleged, because NCO was the owner of the debt and was not a "collection agency" engaged in collection activities related to Plaintiff's debt. Similarly, NCO is not an "assignee of collection" under the ICAA. NCO purchased Plaintiff's account.

4.Despite not falling within the coverage of the ICAA, NCO had a valid "assignment" from Citibank, the original creditor, thereby satisfying the ICAA.

5.Finally, NCO did not act in an unfair or deceptive manner in violation of the ICFA as alleged because NCO held lawful title with the right to attempt to collect Plaintiff's debt.

6.NCO's Memorandum of Law and Local Rule 56.1 Statement of Material Facts are being filed concurrently with this Motion.

WHEREFORE, Defendant NCO respectfully requests that this Honorable Court enter an Order granting summary judgment in its favor and against Plaintiff, for the attorney fees and costs incurred and for all other just and equitable relief.

- 3 -

        Respectfully submitted,


        /s/ James K. Schultz
        Attorney for Defendant NCO

James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone:  (312) 578-0990
Facsimile:  (312) 578-0991
jschultz@sessions-law.biz
sgerier@sessions-law.com

David Israel, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Telephone: 504-828-3700
Facsimile: 504-828-3737
disrael@sessions-law.biz

Counsel for Defendant NCO Portfolio Management, Inc.

## CERTIFICATE OF SERVICE

I certify that on this 12th day of August, 2008, a copy of the foregoing **Motion for Summary Judgment** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

    Daniel A. Edelman
    Cathleen M. Combs
    James O. Latturner
    Thomas E. Soule
    EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
    120 South LaSalle Street
    18th Floor
    Chicago, Illinois  60603

                                          Attorney for Defendant NCO

## CERTIFICATE OF SERVICE

I certify that on this 12th day of August, 2008, a copy of the foregoing **Motion for Summary Judgment** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

>Daniel A. Edelman
>Cathleen M. Combs
>James O. Latturner
>Thomas E. Soule
>EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
>120 South LaSalle Street
>18th Floor
>Chicago, Illinois  60603

>/s/ James K. Schultz
>Attorney for Defendant NCO