IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the defined class, | )<br>)<br>) |
| Plaintiff, | ) Judge Kennelly |
| -vs- | ) Case No.:   08 C 2818 |
| NCO PORTFOLIO MANAGEMENT, INC., | ) Magistrate Judge Valdez |
| Defendant. | ) |

## LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, NCO Portfolio Management, Inc., through counsel and pursuant to Local Rule 56.1, hereby submits the following statement of material facts to which there is no genuine issue of dispute and which entitle Defendant to judgment as a matter of law.

**A.   Description of the Parties**

1.   Plaintiff, Karen Caston-Palmer, is a resident of the Northern District of Illinois. *Plaintiff's Complaint,* ¶ 17.

2.   NCO Portfolio Management is a Delaware corporation that does business in the State of Illinois. *Id.,* ¶ ¶ 18 – 19.

3.   NCO is engaged in the business of purchasing charged-off debt. *Id.,* ¶ 20; *Plaintiff's Complaint,* ¶ 13.

**B.     Facts Supporting Venue and Jurisdiction**

4.     Plaintiff has asserted claims under, *inter alia*, the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. Federal court jurisdiction was properly invoked pursuant to 15 U.S.C. § 1692k(d) and 28 U.S.C. § 1331. *Id.*, ¶¶ 1-2.

**C.     Material Facts Not Reasonably In Dispute**

5.     A lawsuit was filed against Plaintiff on behalf of NCO in the Circuit Court of Cook County on April 11, 2008 to collect a debt. *Id.*, ¶ 25.

6.     NCO had purchased the debt from the original creditor, Citibank (South Dakota) National Association (Citibank) on September 30, 2004. *See Affidavit of Anthony Albanese, attached as Exhibit B to NCO's Memorandum of Law.*

7.     Through the Purchase and Sale Agreement, Citibank sold, transferred, and assigned to NCO "all right, title and interest" held by Citibank related to Plaintiff's account debt. *See Affidavit of Anthony Albanese; see also Exhibit 1 to Anthony Albanese's affidavit,* ¶ 2.1. That agreement further provided that NCO would "assume, with respect to each Account, all of [Citibank's] rights, responsibilities and obligations." *Id,* ¶ 2.4.

8.     The Purchase and Sale Agreement between NCO and Citibank was in writing, contained an effective date of the assignment of rights, title and interest to NCO and the consideration for the agreement. *See Affidavit of Anthony Albanese; see also Exhibit 1 to Anthony Albanese's affidavit, passim.*

9. As part of its regular course of business, NCO is a debt purchaser. NCO is a passive debt buyer that is not engaged in debt collection. *See Affidavit of Anthony Albanese, ¶ 3.*

10. For accounts held by consumers residing in Illinois, such as Plaintiff, NCO refers these debts to either licensed collection agencies or collection attorneys. NCO is not actively involved in debt collection activities. *See Affidavit of Anthony Albanese, ¶ 3.*

Respectfully submitted,

/s/ James K. Schultz
Attorney for Defendant NCO

James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
55 West Monroe, Suite 1120
Chicago, IL  60603
Telephone:   (312) 578-0990
Facsimile:   (312) 578-0991
jschultz@sessions-law.biz
sgerier@sessions-law.com

David Israel, Esq.
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 N. Causeway Boulevard
Telephone: 504-828-3700
Facsimile: 504-828-3737
disrael@sessions-law.biz

Counsel for Defendant NCO Portfolio Management, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the defined class, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge Kennelly |
| -vs- | ) ) | Case No.:   08 C 2818 |
| NCO PORTFOLIO MANAGEMENT, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I certify that on this 12th day of August, 2008, a copy of the foregoing **LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including Plaintiff's counsel as described below. Parties may access this filing through the Court's system.

> Daniel A. Edelman
> Cathleen M. Combs
> James O. Latturner
> Thomas E. Soule
> EDELMAN, COMBS, LATTURNER & GOODWIN, L.L.C.
> 120 South LaSalle Street
> 18th Floor
> Chicago, Illinois  60603

/s/ James K. Schultz
Attorney for Defendant NCO