IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge Kennelly |
| -vs- | ) ) | Case No.:   08 C 2818 |
| NCO PORTFOLIO MANAGEMENT INC. | ) ) ) ) | |
| Defendant. | ) | |

**DEFENDANT'S MOTION TO STRIKE FILED
DOCUMENTS NO. 27 AND 29**

NOW COMES Defendant NCO PORTFOLIO MANAGEMENT, INC. ("NCO"), by and through undersigned counsel, and hereby move this Honorable Court to strike documents filed on the electronic docket as Document 27 and Document 29. In support thereof, Defendant states as follows:

1,   On August 12, 2008, Defendant filed a motion for summary judgment [Docket No 25]. Defendant filed contemporaneously with that motion a memorandum of law in support of the motion for summary judgment [Docket No 27] and an amended memorandum [Docket No 29].

2.   The pleadings filed on the electronic docket at No. 27 and No. 29 inadvertently contained personal information of Plaintiff, including a home address, social security number and credit card account number. This information was not intended to be made public and is not relevant to Defendant's motion.

Plaintiff' counsel immediately brought this inadvertent disclosure to counsel's attention and requested that the pleadings be stricken.

3. On August 13, 2008, Defendant filed a revised memorandum that redacted Plaintiff's personal information [Docket No. 30].

4. On August 13, 2008, Defense counsel contacted the ECF Help Desk, and had a lock placed on Document 27 and Document 29. Counsel was also advised that the pleading would be stricken only upon Court order.

5. Defendant therefore respectfully requests that this Honorable Court enter an Order directing the Clerk of the Court to strike Electronic Docket Documents No. 27 and No. 29.

WHEREFORE, based upon the foregoing, Defendant respectfully prays that this Honorable Court enter an Order directing the Clerk of the Court to strike Electronic Docket Documents No. 27 and No. 29.

Respectfully Submitted,

By: /s/ *James K. Schultz*
James K. Schultz
Attorney for Defendants

James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-Mail: jschultz@sessions-law.biz
sgeier@sessions-law.biz

- 3 -

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone:  (504) 828-3700
Facsimile:  (504) 828-3737
E-Mail:     disrael@sessions-law.biz

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the class defined herein, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge Kennelly |
| -vs- | ) ) | Case No.:   08 C 2818 |
| NCO PORTFOLIO MANAGEMENT INC. | ) ) ) ) | |
| Defendant. | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of August, 2008, a copy of the foregoing **MOTION TO STRIKE FIELD DOCUMENTS NO. 27 AND 29** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>Daniel A. Edelman
>Thomas E. Soule
>EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
>120 South LaSalle Street
>18th Floor
>Chicago, Illinois  60603

>>/s/ James K. Schultz
>>Attorney for Defendant NCO

- 4 -