IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the defined class, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge Kennelly |
| -vs- | ) ) | Case No.:    08 C 2818 |
| NCO PORTFOLIO MANAGEMENT, INC., | ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF MOTION

To:   Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois  60603

PLEASE TAKE NOTICE than at 9:30 a.m. on Tuesday, August 19, 2008, we shall appear before the Honorable Judge Matthew K. Kennelly in Room 2103 of the District Court for the Northern District of Illinois, Eastern Division located at 219 South Dearborn Street in Chicago, Illinois, and then and there present **Defendant's Motion to Strike Filed Documents No. 27 and 29**, a copy of which was served upon you by operation of the Court's electronic filing system.

Respectfully Submitted,


By: /s/ *James K. Schultz*
    Attorney for Defendant NCO Portfolio


James K. Schultz
Shannon M. Geier
SESSIONS, FISHMAN, NATHAN & ISRAEL OF ILLINOIS, LLC
55 West Monroe, Suite 1120
Chicago, IL 60603
Telephone: (312) 578-0990
Facsimile: (312) 578-0991
E-Mail:    jschultz@sessions-law.biz
            sgeier@sessions-law.biz

David Israel
SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.P.
Lakeway Two, Suite 200
3850 North Causeway Boulevard
Metairie, LA 70002-7227
Telephone: (504) 828-3700
Facsimile: (504) 828-3737
E-Mail:    disrael@sessions-law.biz

Attorneys for Defendant NCO Portfolio Management, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KAREN CASTON-PALMER, individually and on behalf of the defined class, | ) ) ) ) | |
| Plaintiff, | ) ) | Judge Kennelly |
| -vs- | ) ) | Case No.:    08 C 2818 |
| NCO PORTFOLIO MANAGEMENT, INC., | ) ) ) ) | Magistrate Judge Valdez |
| Defendant. | ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of August, 2008, a copy of the foregoing **NOTICE OF MOTION** was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street
18th Floor
Chicago, Illinois  60603

/s/ James K. Schultz
Attorney for Defendants