**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| KAREN CASTON-PALMER, )<br>also known as KAREN CASTON, )<br>individually and on behalf of the class )<br>defined herein, )<br>  )<br>  Plaintiff, )<br>  )<br>  vs. )<br>  )<br>NCO PORTFOLIO MANAGEMENT, INC., )<br>  )<br>  Defendant. ) | 1 : 08 CV 2818<br>Judge Kennelly<br>Magistrate Judge Valdez |

**RESPONSE TO MOTION TO STRIKE FILED DOCUMENTS NO. 27 AND NO. 29**

Plaintiff does not object to defendant's motion to strike Docket Nos. 27 and 29, and respectfully submits that redaction of plaintiff's social security number, account number, address and telephone number from publicly-filed documents is appropriate. See Fed.R.Civ.P. 26(c)(1).

Respectfully submitted,

s/ Thomas E. Soule
Thomas E. Soule

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Thomas E. Soule
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
courtecl@edcombs.com

**CERTIFICATE OF SERVICE**

I, Thomas E. Soule, hereby certify that on August 13, 2008, the preceding was filed electronically with the Court, and a copy was sent electronically to the following persons:

David Israel (disrael@sessions-law.biz)
James Schultz (jschultz@sessions-law.biz)

s/ Thomas E. Soule
Thomas E. Soule