## United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2818 | **DATE** | 8/19/2008 |
| **CASE TITLE** | Caston-Palmer vs. NCO Portfolio | | |

**DOCKET ENTRY TEXT**

Motion to strike is granted.  Motion to file amended complaint is granted.  Response to amended complaint due by 9/10/2008.  Response to motion for summary judgment due by 11/19/2008; reply brief by 12/10/2008.  Ruling by mail.  Status hearing set for 11/24/2008 at 9:30 AM.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|
| | | |