# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Karen Caston–Palmer

                    Plaintiff,

v.                                      Case No.: 1:08–cv–02818

                                      Honorable Matthew F. Kennelly

NCO Portfolio Management, Inc.,

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

        MINUTE entry before the Honorable Matthew F. Kennelly:All issues having been resolved, motion to compel [39] is withdrawn. Hearing date of 9/3/2008 is vacated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.